**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

CHRISTIE ENMON                                                                                          PLAINTIFF

V.                                    No. 3:08CV00127 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                              DEFENDANT

### ORDER

On Motion of Plaintiff, her time for filing Plaintiff's Appeal Brief, or otherwise move, is hereby extended to and including January 30, 2009.

IT IS SO ORDERED this 29th day of December, 2008.

_____
UNITED STATES MAGISTRATE JUDGE